# UNITED STATES DISTRICT COURT

Southern District of **District of** New York

Kiran Vuppala

Plaintiff (s),

V.

Rajmar Holdings, Inc., et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:21-cv-1970- - - - -

Notice is hereby given that, subject to approval by the court, 50 Horatio LLC substitutes

(Party (s) Name)

Joseph P. Wodarski , State Bar No. 3035466 as counsel of record in

(Name of New Attorney)

place of Elizabeth Erin Schlissel and Andrew W. Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wilson Elser Moskowitz Edelman & Dicker LLP

Address: 1133 Westchester Avenue

Telephone: (914) 323-7000 Facsimile (914) 323-7038

E-Mail (Optional): joseph.wodarski@wilsonelser.com

I consent to the above substitution.

Date: 5/25/2021

_____
(Signature of Party (s))

I consent to being substituted.

Date: May 25, 2021

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/25/21

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/4/2021

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]